IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**REGINA G. CRAFT,**                                                                    **PLAINTIFF**
VS.        **CIVIL ACTION NO.: 3:05 CV 188 WHB-AGN**
**GRAND CASINO, INC. d/b/a GRAND**        **DEFENDANTS**
**CASINO GULFPORT, and**
**CAESARS ENTERTAINMENT, INC.**

## ORDER

THIS MATTER came before the Court on Joint Motion of the parties seeking to transfer the above styled numbered cause to the United States District Court for the Southern District of Mississippi, Southern Division and the Court, being fully advised in the premises, and being further advised that all evidence and witnesses are located in that division, finds that this matter should be transferred for the convenience of all parties. It is therefore

ORDERED AND ADJUDGED that the above styled numbered cause shall be and is hereby transferred for final resolution to the United States District Court for the Southern District of Mississippi, Southern Division.

SO ORDERED, this the 23rd day of January, 2006.

                                                        s/William H. Barbour, Jr.
                                                        UNITED STATES DISTRICT JUDGE

AGREED:

s/ Charles Ward
Charles Ward, Counsel for Plaintiff

s/ Hank Ros
Hank Ros, Counsel for Defendant

1810292.1/06625.21647